1
2
3
4
5
6              IN THE UNITED STATES DISTRICT COURT
7                  FOR THE DISTRICT OF ARIZONA
8
    Michael Rangel,                    )      No. CV-11-02085-PHX-NVW
9                                       )
                    Plaintiff,          )
10                                      )
    vs.                                 )
11                                      )      **ORDER**
    National Recovery Services, LLC, et al., )
12                                      )
                    Defendants.         )
13                                      )
                                        )
    _____     )
14
15          The Court having been notified that this matter has settled (Doc. 8);
16          **IT IS ORDERED** that this action will be dismissed by the Clerk's Office
17  without further notice on **February 3, 2012** unless prior thereto a judgment or order of
18  dismissal is entered.
19          DATED this 8th day of December, 2011.
20
21          _____
                          Neil V. Wake
22                 United States District Judge
23
24
25
26
27
28